# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2018

### NO. 03-18-00234-CV

**Gary Newton, Appellant**

**v.**

**Kenneth Williams, Lesia W. Jones, John H. Gomez, and Benita Gomez, Appellees**

---

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on February 24, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in that portion of the judgment denying appellant's request for declaratory and injunctive relief. Therefore, the Court reverses that portion of the trial court's judgment denying appellant's request for declaratory and injunctive relief and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the remainder of the trial court's judgment. Each party shall bear the costs of appeal incurred by that party, both in this Court and the court below.